UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY D. WRIGHT, SR.,

       Plaintiff,                           Civil Action No.
                                                      09-CV-14853

vs.

                                                      HON. MARK A. GOLDSMITH

MGM GRAND CASINO, et al.,

       Defendants.
_____/

**ORDER (1) ADOPTING REPORTS AND RECOMMENDATIONS DATED MAY 17, 2011 and MAY 20, 2011, (2) DENYING PLAINTIFF'S MOTION TO CONFIRM OR MODIFY ARBITRATION AWARD, and (3) GRANTING DEFENDANT TERRANCE J. LANNI'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

       This matter is presently before the Court on two Reports and Recommendations ("R&Rs") of Magistrate Judge Michael Hluchaniuk, entered on May 17 and 20, 2011.  In the earlier R&R, the Magistrate Judge recommends that Plaintiff's motion to confirm or modify the arbitration award be denied.  In the more recent R&R, the Magistrate Judge recommends that Defendant Terrance J. Lanni's motion to dismiss for lack of personal jurisdiction be granted.  Plaintiff has not filed objections to either R&R, and the time to do so has expired.  Thus, Plaintiff has waived any further right to appeal.  Thomas v. Arn, 474 U.S. 140, 155 (1985).  In any event, the Court has reviewed the R&Rs and finds that the Magistrate Judge has reached the correct results for the proper reasons.

       Accordingly, it is ORDERED as follows:

       (1)    The Magistrate Judge's R&R dated May 17, 2011 [docket entry 71] is accepted and adopted as the findings and conclusions of the Court.

       (2)    The Magistrate Judge's R&R dated May 20, 2011 [docket entry 72] is accepted and adopted as the findings and conclusions of the Court.

(3) Plaintiff's motion to confirm or modify the arbitration award [docket entry 38] is denied.

(4) Defendant Terrance J. Lanni's motion to dismiss for lack of personal jurisdiction [docket entry 60] is granted.

                                                s/Mark A. Goldsmith
                                                MARK A. GOLDSMITH
                                                United States District Judge

Dated: June 13, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 13, 2011.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager